# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>COALINGA STATE HOSPITAL, et al.,<br><br>        Defendants. | No. 1:17-cv-00917-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND**<br><br>**(Doc. 11)**<br><br>**30-DAY DEADLINE** |

Plaintiff has filed a motion for leave to file a second amended complaint. (Doc. 11.) Plaintiff's First Amended Complaint has yet to be screened. Accordingly,

    1.    Plaintiff's motion to amend is GRANTED and Plaintiff may file a second amended complaint **within 30 days** of the date of service of this order;

    2.    The Clerk's Office is DIRECTED to send Plaintiff a civil rights complaint form and a copy of the screening order that issued on November 6, 2017 (Doc. 9).[1]

IT IS SO ORDERED.

    Dated:    **January 8, 2018**                      **/s/ Jennifer L. Thurston**
                                                                               UNITED STATES MAGISTRATE JUDGE

---

[1] A second amended complaint must comply with the parameters set forth in the prior screening order. If Plaintiff does not file a second amended complaint within the time granted, the Court will presume he no longer desires to do so and will place the First Amended Complaint back in line for screening.