# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. WILLIAMS,<br><br>              Plaintiff,<br><br>    v.<br><br>RUBEN CASANOVA, et al.,<br><br>              Defendants. | Case No.: 1:17-cv-00917-JLT (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR A SECOND COPY OF DISCOVERY AND SCHEDULING ORDER<br><br>(Doc. 36) |

Plaintiff requests that the Court provide him a second copy of the Court's discovery and scheduling order. (Doc. 36.) Plaintiff states that he was placed in administrative segregation and lost possession of his legal property. (*Id.*) Good cause appearing, the Court GRANTS Plaintiff's request. The Court DIRECTS the Clerk's Office to send Plaintiff a copy of the Court's discovery and scheduling order issued on May 31, 2019, (Doc. 33).

IT IS SO ORDERED.

    Dated: **November 7, 2019**               **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE