UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. WILLIAMS,<br><br>           Plaintiff,<br><br>    v.<br><br>RUBEN CASANOVA, et al.,<br><br>           Defendants. | Case No.: 1:17-cv-00917-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' SECOND MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 40)<br><br>Discovery Cut-Off Date: 12/6/2019 |

     Defendants have filed a motion to modify the Court's discovery and scheduling order. (Doc. 40.) Defendants seek to extend the discovery cutoff date by seven days to conduct Plaintiff's deposition. (*Id.* at 1, 3.) The current discovery cutoff is November 29, 2019. (Doc. 37 at 2.) Defendants noticed Plaintiff's deposition for November 26; however, Defendants cannot secure a reporter "without incurring an unreasonable amount of substantial costs due to the Thanksgiving holiday." (Doc. 40 at 1; *see also id.* at 5.) Defendants contend the deposition is particularly critical because Plaintiff has not responded to their written discovery requests.[1] (*Id.* at 3.) Defendants plan to conduct Plaintiff's deposition on December 5; they have confirmed the date with the prison and secured a reporter. (*Id.*) This is Defendants' second request for an extension of time. The time for Plaintiff to file an opposition or statement of non-opposition has not yet passed; however, the Court finds neither necessary here and deems the motion submitted.

---

[1] Defendants filed a motion to compel, (Doc. 35), which is currently pending.

1    Good cause appearing, the Court **GRANTS** Defendants' motion. The Court modifies the
2  discovery and scheduling order and sets **December 6, 2019**, as the new deadline for completion
3  of all discovery, including filing motions to compel. All other deadlines remain in effect.

IT IS SO ORDERED.

    Dated:   **November 26, 2019**             /s/ Jennifer L. Thurston
                                                                 UNITED STATES MAGISTRATE JUDGE