1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT C. WILLIAMS,                 Case No.: 1:17-cv-00917-JLT (PC)

12              Plaintiff,               ORDER DENYING PLAINTIFF'S MOTION
                                         FOR PRETRIAL SCHEDULING ORDER
13        v.
                                         (Doc. 44)
14   RUBEN CASANOVA, et al.,

15              Defendants.

16

17        Plaintiff requests that the Court "conclude … discovery" and issue an order setting pretrial

18   and trial dates. (*See* Doc. 44 at 2.) The Court notes that the discovery cutoff date has already

19   passed, (*see* Doc. 41), but the dispositive motion deadline is not until January 29, 2020, (Doc. 37).

20   Accordingly, the Court DENIES Plaintiff's motion for a pretrial scheduling order as premature.

21   The Court will not issue such an order until after it rules on any dispositive motions filed before

22   the deadline, assuming no motions dispose of this matter.

23
     IT IS SO ORDERED.
24

25     Dated:   __January 7, 2020__              _____/s/ Jennifer L. Thurston_____
                                                 UNITED STATES MAGISTRATE JUDGE
26

27

28