UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RUBEN CASANOVA, et al.,<br><br>　　　　　　Defendants. | Case No. 1:17-cv-00917-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 46)<br><br>Dispositive Motion Deadline: 2/7/2020 |

Defendants move to modify the Court's discovery and scheduling order (Doc. 37) to extend the dispositive motion deadline by 9 days. (Doc. 46.) The current dispositive motion deadline is January 29, 2020. (Doc. 37 at 2.) Defendants state the additional time is required to complete the motion for summary judgment they intend to file, including finalizing supporting declarations. (Doc. 47 at 1, 2.) Defense counsel declares that, despite her diligent efforts, preparations for an upcoming trial and deadlines in other matters have prevented her from completing the motion by the present deadline. (*Id.* at 4-5.) The time for Plaintiff to file an opposition or statement of non-opposition has not yet passed; however, the Court finds neither necessary here and deems the motion submitted.

///

///

///

| 1 | Good cause appearing, the Court GRANTS Defendants' motion. The Court modifies the |
| 2 | discovery and scheduling order and sets **February 7, 2020**, as the new deadline filing pretrial |
| 3 | dispositive motions. All other deadlines remain in effect. |

Good cause appearing, the Court GRANTS Defendants' motion. The Court modifies the discovery and scheduling order and sets **February 7, 2020**, as the new deadline filing pretrial dispositive motions. All other deadlines remain in effect.

IT IS SO ORDERED.

Dated: **January 30, 2020**         /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE