UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>RUBEN CASANOVA, et al.,<br><br>        Defendants. | Case No. 1:17-cv-00917-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 48)<br><br>Dispositive Motion Deadline: 2/14/2020 |

    Defendants move to modify the Court's discovery and scheduling order (Doc. 47) to extend the dispositive motion deadline by 7 days. (Doc. 48.) The current deadline is February 7, 2020. (Doc. 47.) This is Defendants' third motion to extend the dispositive motion deadline. The Court granted Defendants a 9-day extension on January 30, 2020. (*Id.*) Defense counsel declares that the additional time is required for the defendant agency, the Department of State Hospitals (DSH), to review and approve Defendants' motion for summary judgment, and the supporting declarations. (Doc. 48 at 4.) Counsel states that, due to her "lack of experience in representing DSH," she did not know the agency's time requirements; had she known, she would have requested an extension longer than the 9 days she requested in her prior motion. (*See id.*; Doc. 46.)

///

///

Good cause appearing, the Court GRANTS Defendants' motion (Doc. 48). The Court modifies the discovery and scheduling order to set **February 14, 2020**, as the new deadline for filing pretrial dispositive motions. All other deadlines remain in effect. This is the Court's final extension of time of the pretrial dispositive motion deadline.

IT IS SO ORDERED.

Dated: **February 7, 2020**       **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE