UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. WILLIAMS,<br><br>          Plaintiff,<br><br>    v.<br><br>RUBEN CASANOVA, et al.,<br><br>          Defendants. | Case No. 1:17-cv-00917-JLT (PC)<br><br>**ORDER DISREGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 54) |

On February 7, 2020, the Court granted Defendant's motion to modify the Court's discovery and scheduling order to extend the dispositive-motion deadline by 7 days. (Doc. 49.) On February 21, 2020, Plaintiff filed a "motion opposing defendant's motion" (Doc. 54), which the Court construes as an opposition to Defendant's motion. Because the Court has already granted Defendant's motion, the Court DISREGARDS Plaintiff's opposition as moot.

IT IS SO ORDERED.

    Dated: __**February 25, 2020**__                   __**/s/ Jennifer L. Thurston**__
                                                                UNITED STATES MAGISTRATE JUDGE